# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Michael Parker,
v.                                                                  Case Number:  07 C 6448

Officer M. Kozelugh, Star #143, and
the City of Riverdale,

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Officer Mark Kozeluh, incorrectly named as Officer Mark Kozelugh, in his individual capacity, and the Village of Riverdale, in its official capacity

| |
|---|
| NAME (Type or print)<br><br>Michael J. Meyer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>    s/ Michael J. Meyer |
| FIRM<br><br>Tribler Orpett & Meyer, P.C. |
| STREET ADDRESS<br><br>225 West Washington Street, Suite 1300 |
| CITY/STATE/ZIP<br><br>Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>0619372 | TELEPHONE NUMBER<br><br>    (312) 201-6400 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES-X           NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES-X           NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES  X          NO- |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES-X       NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL            APPOINTED COUNSEL |

## CERTIFICATE OF SERVICE

The undersigned attorney deposes and states that a copy of **Defendants' Appearance** was served on:

> Thomas Peters Esq.
> Law Offices Of Kevin Peters
> 407 S. Dearborn St., Suite 1675
> Chicago, IL 60605

by electronic service via the Court's ECF System on or before 5:00 p.m. on December 26, 2007.

> s/ Michael J. Meyer
> One of the Attorneys for Defendants
> Michael J. Meyer, Esq.
> ARDC #6193712
> TRIBLER ORPET & MEYER, P.C.
> 225 W. Washington, Suite 1300
> Chicago, Illinois  60606
> (312) 201-6400
> mjmeyer@tribler.com