UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL PARKER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.  07 C 6448 |
| | ) | |
| **OFFICER M. KOZELUH, Star #143,** | ) | Judge Marovich |
| **and the CITY OF RIVERDALE,** | ) | Magistrate Judge Ashman |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on the 22nd day of January, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Marovich in Room 1944-C, of the United States District Court for the Northern District of Illinois, Eastern Division, or, in his absence, before any other Judge who may be sitting in his stead, and then and there present Defendants, Officer Mark Kozeluh and the City of Riverdale's Motion To Enlarge The Time Period In Which To Answer or Otherwise Plead.

    s/  William B. Oberts_____
Attorney for Defendants
William B. Oberts, Esq.
ARDC #6244773
TRIBLER ORPET & MEYER, P.C.
225 W. Washington, Suite 1300
Chicago, Illinois  60606
(312) 201-6400
wboberts@tribler.com