

589.22988

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL PARKER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07 C 6448 |
| | ) |
| OFFICER M. KOZELUH, Star #143, | ) Judge Marovich |
| and the CITY OF RIVERDALE, | ) Magistrate Judge Ashman |
| | ) |
| Defendants. | ) |

**FILED**
MAY 0 1 2008 TC
May 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 1st day of May, 2008, we shall file with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, 60604, the following: **Attorney Appearance Form for Patrick E. Burgess.**

Respectfully Submitted,

_____
Attorney for Defendants
Patrick E. Burgess, Esq.
ARDC #6274640
TRIBLER ORPET & MEYER, P.C.
225 W. Washington, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
peburgess@tribler.com

## CERTIFICATE OF SERVICE

The undersigned attorney deposes and states that a copy of **Notice of Filing of Attorney Appearance Form for Patrick E. Burgess** was served on:

>Thomas Peters, Esq.
>Law Offices of Kevin Peters
>407 S. Dearborn Street
>Suite 1675
>Chicago, IL  60605

By U.S. Mail on or before 5:00 p.m. on May 1, 2007.

>_____
>Attorney for Defendants
>Patrick E. Burgess, Esq.
>ARDC #6274640
>TRIBLER ORPET & MEYER, P.C.
>225 W. Washington, Suite 1300
>Chicago, Illinois  60606
>(312) 201-6400
>peburgess@tribler.com



## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.00

In the Matter of

Michael Parker,

v.

Officer M. Kozelugh, Star #143, and

the City of Riverdale,

Case Number: 07 C 6448

**FILED**
MAY 01 2008 TC
May 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Officer Mark Kozeluh, incorrectly named as Officer Mark Kozelugh, in his individual capacity, and the Village of Riverdale, in its official capacity

| | |
|---|---|
| NAME (Type or print) <br><br> Patrick E. Burgess | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br><br> /s/ | |
| FIRM <br><br> Tribler Orpett & Meyer, P.C. | |
| STREET ADDRESS <br><br> 225 West Washington Street, Suite 1300 | |
| CITY/STATE/ZIP <br><br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br><br> 6274640 | TELEPHONE NUMBER <br><br> (312) 201-6400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES     NO-X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES-X     NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES     NO-X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES-X     NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> ☐ RETAINED COUNSEL          ☐ APPOINTED COUNSEL | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **Attorney Appearance Form** was served upon:

> Thomas Peters Esq.
> Law Offices Of Kevin Peters
> 407 S. Dearborn St., Suite 1675
> Chicago, IL 60605

Service was accomplished pursuant to ECF by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 West Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on May 1, 2008, with proper postage prepaid.

_____
Attorney for Defendants
Patrick E. Burgess, Esq.
ARDC # 6274640
TRIBLER ORPET & MEYER, P.C.
225 W. Washington, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
peburgess@tribler.com