**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Michael Parker
      Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−06448
　　　　　　　　　　　　　　　　　　Honorable George M. Marovich

M. Kozeluh, et al.
      Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery supervision.(clw, )Mailed notice.

Dated: May 6, 2008

                 /s/ George M. Marovich

                 United States District Judge