589.22988

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL PARKER, )<br><br>Plaintiff, )<br><br>v. )<br><br>OFFICER M. KOZELUH, Star #143, )<br>and the CITY OF RIVERDALE, )<br><br>Defendants. ) | No. 07 C 6448<br><br>Judge Marovich<br>Magistrate Judge Ashman |

### OFFER OF JUDGMENT PURSUANT TO RULE 68

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, Officer Mark Kozeluh, in his individual capacity, and the Village of Riverdale, in its official capacity, collectively, hereby offer to allow judgment to be taken against them by Plaintiff in the lump sum amount of $7,500.00, which includes all costs and attorneys' fees. Plaintiff shall not recover any costs or attorneys' fees separate from this offer. This amount to be in total settlement of this action with no admission of liability, said liability being expressly denied and said judgment herein to have no effect whatsoever except in settlement of this case. As set forth in Rule 68, this offer shall only be valid for ten (10) days from the date of service hereof.

Dated: June 2, 2008

                                              Respectfully submitted,

                                              <u>s/   Patrick E. Burgess</u>
                                              Attorney for Defendants
                                              Patrick E. Burgess, Esq.
                                              ARDC # 6274640
                                              TRIBLER ORPET & MEYER, P.C.
                                              225 W. Washington, Suite 1300
                                              Chicago, Illinois  60606
                                              (312) 201-6400
                                              peburgess@tribler.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **Officer of Judgment** was served upon:

>Thomas Peters, Esq.
>Kevin Peters, Esq.
>Law Offices of Kevin Peters
>407 South Dearborn Street
>Suite 1675
>Chicago, IL  60605

Service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 West Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on June 2, 2008, with proper postage prepaid.

>s/ Patrick E. Burgess
>Attorney for Defendants
>Patrick E. Burgess, Esq.
>ARDC # 6274640
>TRIBLER ORPET & MEYER, P.C.
>225 W. Washington, Suite 1300
>Chicago, Illinois  60606
>(312) 201-6400
>peburgess@tribler.com